An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JENNIFER POND N/K/A JENNIFER
MASCOLI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CHARLES J. HOSKIN, DISTRICT
JUDGE,
Respondents,
    and
BERK POND,
Real Party in Interest.

No. 68759

FILED

SEP 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to disqualify counsel in a family law matter.

Having considered the petition and supporting documents, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted. NRS 34.170; NRS 34.330; *Pan v. Eighth*

15-27012

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.        _____, J.
Douglas                             Cherry

cc:    Hon. Charles J. Hoskin, District Judge
       Patricia A. Marr
       Kunin & Carman
       Eighth District Court Clerk

_____

[1]We also deny as moot petitioner's motion to stay petitioner's deposition and certain discovery.